No. 82–270. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* ERKINS ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–308. DELPRO CO. *v.* BROTHERHOOD RAILWAY CARMEN OF THE UNITED STATES AND CANADA, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–383. FUMERO SOTO ET AL. *v.* CHARDON ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–384. STACK *v.* CAPITAL-GAZETTE NEWSPAPERS, INC. Ct. App. Md. Certiorari denied.

No. 82–412. AMFAC FOODS, INC. *v.* ORE-IDA FOODS, INC. C. A. 9th Cir. Certiorari denied.

No. 82–426. SNELL ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–434. NORTHERN UTILITIES, INC. *v.* KERR-MCGEE CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–439. HARDY ET UX. *v.* HOUSING MANAGEMENT CO. ET AL. Ct. App. Md. Certiorari denied.

No. 82–441. FAULKNER *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 82–442. CALVO *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–448. CREATIVE ENVIRONMENTS, INC., ET AL. *v.* ESTABROOK ET AL. C. A. 1st Cir. Certiorari denied.